# Court of Appeals of the State of Georgia

ATLANTA,  September 30, 2021

*The Court of Appeals hereby passes the following order:*

**A22I0049. JORGE VAZQUEZ VIDAL v. THE STATE.**

In this pending criminal case, the trial court issued an order denying Jorge Vazquez Vidal's motion to suppress on March 22, 2021. On August 9, 2021, Vidal filed a pro se pleading with the Supreme Court, which was docketed as an application for interlocutory appeal. The Supreme Court transferred the application to this Court. See Case No. S22I0050 (Sept. 2, 2021). We lack jurisdiction.[1] To obtain review of the trial court's order, Vidal was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review within ten days of the order and filing an application within ten days of the certificate. See *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989); *Holton v. State*, 173 Ga. App. 249, 249-250 (326 SE2d 240) (1985). Vidal's failure to either obtain a certificate of immediate review or file a timely application deprives this Court of jurisdiction over his application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/30/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] It is unclear from the application materials if Vidal is represented by counsel below. If Vidal is represented, it would render his pro se pleading a nullity. See *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017).